# DIVIDENDS REMITTED TO THE COURT

Case Number 09-13410 - PAUL, NICOLAS R.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of OSI/Gulf State Credit-ori<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000003 | 127.14 | CK# 1007   1.62 |
| Midwest Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702<br>(14-1) 3203 | 000014 | 297.66 | 1017   3.78 |
| The Illuminating Company<br>Attn Bankruptcy<br>6896 Miller Road<br>Brecksville, OH 44141<br>(18-1) electric service | 000018 | 181.34 | 1021   2.31 |
| ---------- Remittance Total ---------- | | 606.14 | 7.71 |

_Mary Ann Rabin_
MARY ANN RABIN, Trustee